# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

July 2, 2021

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

Re:   Department of Justice
      v. House Committee on the Judiciary
      No. 19-1328
      (Your No. 19-5288)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion to vacate the judgment is granted.  The judgment is vacated, and the case is remanded to the United States Court of Appeals for the District of Columbia Circuit with instructions to direct the District Court to vacate the October 25, 2019 order granting the application of the Committee on the Judiciary, U. S. House of Representatives.  See *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).

The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45.  Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk